# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrea Olsson, | Case No. 18-CV-2034 (SRN/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Scott County Abstract & Title, Inc., Carver County Abstract & Title, Inc., D & D Services, Inc., Nickolas Moonen, and Sue Malz, | |
| Defendants. | |

This matter is before the Court upon the Stipulation of Dismissal filed by the parties [Doc. No. 10]. Based on the Stipulation,

IT IS ORDERED that this action is hereby dismissed, with prejudice, and without attorney's fees or costs to any of the parties.

Dated: August 10, 2018

s/Susan Richard Nelson<br>
SUSAN RICHARD NELSON<br>
United States District Judge